1  ROBERTA L. STEELE, SBN 188198 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  SIRITHON THANASOMBAT, SBN 270201 (CA)
   RAYMOND CHEUNG, SBN 176086 (CA)
3  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  The Phillip Burton Federal Building
   450 Golden Gate Avenue, 5 West
5  P.O. Box 36025
   San Francisco, CA  94102
6  Telephone No. (415) 522-3076
   Fax No. (415) 522-3425
7  Sirithon.Thanasombat@eeoc.gov

8  *Attorneys for Plaintiff EEOC*

9  DAVID C. MCELHINNEY, SBN 0033 (NV)
   SCOTT S. HOFFMANN, SBN 8498 (NV)
10 LEWIS ROCA ROTHGERBER LLP
   50 West Liberty Street, Suite 410
11 Reno, NV  89501
   Telephone No. (775) 823-2900
12 Fax No. (775) 823-2929
   DMcElhinney@LRRLaw.com
13 SHoffmann@LRRLaw.com



```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

              DEC 23 2015

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

14 *Attorneys for Defendants*

15

16                UNITED STATES DISTRICT COURT

17                    DISTRICT OF NEVADA

18

19 U.S. EQUAL EMPLOYMENT OPPORTUNITY       Case No.: 3:15-cv-00232-HDM-VPC
   COMMISSION,
20                                          **STIPULATION TO EXTEND
         Plaintiff,                         SCHEDULED DEADLINES AND
21                                          [PROPOSED] ORDER**
         vs.
22                                          **(Second Request)**
   LIBERTY CHRYSLER, JEEP, DODGE LLC,
23 INTERNET AUTO RENT & SALES OF LAS
   VEGAS INC., INTERNET AUTO RENT &
24 SALES INC.

25       Defendants.

26       Pursuant to Local Rule 26-4 and as referenced in the Parties' Joint Case Management Report

27 (ECF #66), Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter

28 "Plaintiff" or "EEOC") and Defendants LIBERTY CHRYSLER, JEEP, DODGE LLC, INTERNET

AUTO RENT & SALES OF LAS VEGAS INC., and INTERNET AUTO RENT & SALES INC. (hereinafter collectively "Defendants") respectfully request an extension of two deadlines: the deadline for the disclosure of expert witnesses and deadline for the disclosure of rebuttal experts. All other deadlines will remain the same.

(a) and (b) As discussed in detail in the Parties' Stipulation to Extend Scheduled Deadlines and [Proposed] Order (ECF #50), the Parties have been diligent in discovery in light of the Court's discovery schedule. Written discovery has been exchanged and multiple depositions have been taken and scheduled.

(c) The discovery matter at issue pertains to the disclosure of expert witnesses and the disclosure of rebuttal experts. Currently, the deadline for the disclosure of expert witnesses is February 1, 2016, and the deadline for the disclosure of rebuttal experts is March 2, 2016. The EEOC has secured an economic expert for this case, and Ms. Shara Rynearson's testimony may be dispositive to the expert's analysis.

For reasons outside of the Parties' control, the deadlines for the expert and rebuttal reports may not be met. The Court approved the stipulated protective order on Ms. Rynearson's medical records on November 23, 2015 (ECF #60). Defendants issued their subpoenas duces tecum to Ms. Rynearson's medical providers in order to obtain medical records and information in early December 2015. Defendants anticipate obtaining these records in late December 2015 and early January 2016. Because Defendants would like Ms. Rynearson's medical and employment records prior to deposing her, they have vacated and rescheduled Ms. Rynearson's deposition to the end of January or the beginning of February 2016. Without Ms. Rynearson's testimony, the EEOC's expert may not be able to complete his report by the current deadline of February 1, 2016.

(d) Proposed Schedule: To allow the parties sufficient time to complete discovery, the Parties hereby stipulate and respectfully request that the Court continue two deadlines by thirty (30) days:

**Disclosure of expert witnesses:**        From February 1, 2016 to **March 3, 2016**

| | | |
|---|---|---|
| 1 | **Disclosure of rebuttal experts:** | From March 2, 2016 to **March 31, 2016**[1] |
| 2 | All other deadlines will remain the same: | |
| 4 | Discovery cut-off: | March 31, 2016 |
| 5 | Dispositive motions deadline: | May 2, 2016 |
| 7 | Joint pretrial order deadline: | May 31, 2016 |

IT IS SO STIPULATED.

Dated: December 17, 2015

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Sirithon Thanasombat
SIRITHON THANASOMBAT
Attorney for Plaintiff EEOC

Dated: December 17, 2015

LEWIS ROCA ROTHGERBER LLP

By: /s/ Scott Hoffmann
SCOTT HOFFMANN
Attorney for Defendants

IT IS SO ORDERED.

Dated: December 23, 2015

HON. VALERIE P. COOKE
United States District Court Magistrate Judge

---

[1] The Parties further stipulate that depositions of the rebuttal expert(s) shall be completed by April 15, 2016.

## CERTIFICATE OF SERVICE

I am, and was at the time the herein service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the San Francisco District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, San Francisco District Office, 450 Golden Gate Avenue, 5 West, P.O. Box 36025, San Francisco, CA 94102.

On the date that this declaration was executed, as shown below, I served the following document:

☐ **STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER**

by email on the following person(s):

DAVID C. MCELHINNEY, SBN 0033 (NV)
SCOTT HOFFMANN, SBN 8498 (NV)
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street, Suite 410
Reno, NV 89501
Telephone No. (775) 823-2900
Fax No. (775) 823-2929
DMcElhinney@LRRLaw.com
SHoffmann@LRRLaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2015, at San Francisco, CA.

            //s// Sirithon Thanasombat
            Sirithon Thanasombat