ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
SIRITHON THANASOMBAT, SBN 270201 (CA)
RAYMOND T. CHEUNG, SBN 176086 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
The Phillip Burton Federal Building
450 Golden Gate Avenue, 5 West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (415) 522-3076
Fax No. (415) 522-3425
Sirithon.Thanasombat@eeoc.gov

*Attorneys for Plaintiff EEOC*

ROBERT B. WHITE
GIVENS PURSLEY LLP
601 W. Bannock Street
Boise, ID 83701
Telephone No. (208) 388-1285
Fax No. (208) 388-1300
rbw@givenspursley.com

DANIEL R. MCNUTT
MATTHEW C. WOLF
CARBAJAL & MCNUTT, LLP
625 S. Eighth Street
Las Vegas, Nevada 89101
drm@cmlawnv.com
mcw@cmlawnv.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY CHRYSLER, JEEP, DODGE LLC, INTERNET AUTO RENT & SALES OF LAS VEGAS INC., and INTERNET AUTO RENT AND SALES INC.,<br><br>Defendants. | Case No.: 3:15-cv-00232-HDM-VPC<br><br>**JOINT STATUS REPORT** |

1  Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants Liberty Chrysler, Jeep, Dodge LLC, Internet Auto Rent & Sales of Las Vegas Inc., and Internet Auto Rent and Sales, Inc. (hereinafter "the Parties") file this Joint Status Report pursuant to Court Doc. 84.

The Parties have been working diligently and in good faith to negotiate the terms of the Consent Decree. A few minor administrative issues are pending, which the Parties have every confidence they will finalize soon. As such, the Parties respectfully request a four-day extension to file the Consent Decree by Friday, May 27, 2016.

DATED this 23rd day of May, 2016.

By: __/s/ Sirithon Thanasombat__
SIRITHON THANASOMBAT
Trial Attorney

*Attorney for Plaintiff*
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: __/s/ Robert B. White__
ROBERT B. WHITE
GIVENS PURSLEY LLP

*Attorney for Defendants*
LIBERTY CHRYSLER, JEEP, DODGE LLC, INTERNET AUTO RENT & SALES OF LAS VEGAS INC., and INTERNET AUTO RENT AND SALES INC.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: May 24, 2016

## CERTIFICATE OF SERVICE

I am, and was at the time the herein service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the San Francisco District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, San Francisco District Office, 450 Golden Gate Avenue, 5 West, P.O. Box 36025, San Francisco, CA 94102.

On the date that this declaration was executed, as shown below, I served the following document:

☐ **JOINT STATUS REPORT**

by email on the following person(s):

ROBERT B. WHITE
GIVENS PURSLEY LLP
601 W. Bannock Street
Boise, ID 83701
Telephone No. (208) 388-1285
Fax No. (208) 388-1300
rbw@givenspursley.com

DANIEL R. MCNUTT
MATTHEW C. WOLF
CARBAJAL & MCNUTT, LLP
625 S. Eighth Street
Las Vegas, Nevada 89101
drm@cmlawnv.com
mcw@cmlawnv.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2016, at San Francisco, CA.

　　　　　　　　　　　　　　　　　　　_//s// Sirithon Thanasombat_
　　　　　　　　　　　　　　　　　　　　　Sirithon Thanasombat