**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>LIBERTY CHRYSLER, JEEP, DODGE LLC, INTERNET AUTO RENT & SALES OF LAS VEGAS INC., AND INTERNET AUTO RENT AND SALES INC.,<br><br>        Defendants. | 3:15-cv-00232-HDM-VPC<br><br>ORDER |

Pursuant to the Certificate of Compliance (ECF No. 91), the court vacates the order of June 15, 2016 administratively closing this action and the court will dismiss this action with prejudice unless either party files an objection on or before June 10, 2019.

IT IS SO ORDERED.

DATED: This 28th day of May, 2019.

_____
        UNITED STATES DISTRICT JUDGE

1