# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 3:15-cv-00232-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | |
| LIBERTY CHRYSLER, JEEP, DODGE LLC, INTERNET AUTO RENT & SALES OF LAS VEGAS INC., AND INTERNET AUTO RENT AND SALES INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

On May 28, 2019, this court entered an order directing the parties to file any objections to the dismissal of this case with prejudice. (ECF No. 92.) Because no objections have been filed, and the time for doing so has expired, this case is hereby dismissed with prejudice. The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 17th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

1